IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY MCBRIDE,**
**#62716**                                                                                                                                             **PLAINTIFF**

**V.**                     **CASE NO. 4:20-CV-1507-KGB-BD**

**DOES**                                                                                                                           **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Mr. McBride may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, Mr. McBride may waive the right to appeal questions of fact.

**II.**     **Discussion**

Mr. McBride was an inmate at the Pulaski County Regional Detention Facility when he filed this civil rights lawsuit on December 28, 2020. (Doc. No. 2) Mr. McBride notified the Court of his new address on February 3, 2021; however, mail sent from the Court to the new address was returned as "undeliverable." (Doc. No. 6) As Mr. McBride is aware, the local rules require pro se plaintiffs to promptly notify the Court of any

change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

On February 4, the Court ordered Mr. McBride to notify the Court of his current address within 30 days or risk dismissal of his complaint. (Doc. No. 7) To date, he has not responded to the Court's February 4 Order. Meanwhile, an additional item of mail sent to Mr. McBride has been returned to the Court as "undeliverable." (Doc. No. 8)

### III. Conclusion

The Court recommends that Mr. McBride's claims be DISMISSED, without prejudice, based on his failure to comply with the February 4 Order to notify the Court of his current address and his failure to prosecute this lawsuit.

DATED this 8th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE